United States District Court
District of Connecticut

AUG 2 1 2013

Christopher Burgos :
    plaintiff :
   vs :        Case No. 3:13CV1206(MPS)
Capt. Angeloupolis :
C/O Marquis :       FILED
C/O Rivera :       2013 AUG 21 P 1:28
   (defendants) :   Date _____
(In both their official and Individual capacity)
             U.S. DISTRICT COURT
             BRIDGEPORT, CONN

## Civil Complaint

This Action is pursuant to U.S.C. 42 § 1983

1) The defendants are all employees of the DOC and work, under color of Law, at GARNER Correctional Institution, a level IV facility.

2.) The plaintiff is a pre-sentence detainee at said facility and is presently assigned to B-Unit — typically designated for inmates with mental health difficulties — in cell #26

3) The plaintiff has taken NO steps to exhaust [his] administrative remedies as there is NO Recourse nor Relief available given that the thrust of [this] Action involves an assault upon the plaintiff the above named defendants and supervisors negligent indifference

<u>Civil Complaint</u>

Burgos vs Marquis                                              Page 2

4) Presently, the plaintiff has no pending civil litigation, however the plaintiff intends to file, simultaneously, 4 separate Civil Actions - all involving assaults upon [his] person by numerous staff members at Garner C.I., And against their immediate supervisor whom failed to insure staff were properly trained.

5) <u>Statement of Complaint</u>
   On or about March 19th 2013, I entered RHU outside Recreation area and several inmates immediately recognized me and stated "There goes Jesus." C/O Marquiz said loudly, "He's Not Jesus!" I replied, "You say that because you're ignorant." He answered, "Nope, I looked up your record and I know why you're in here." I asked him why and he put all my business out there in front of all inmates - That I raped an 11 year old and bought her doritos and candy - provoking other inmates to assault me.
   I said "yeah", Angrilly, "Keep talking and I'll Fuck ~~Rape~~ your wife." C/O Marquis said, "She's not 11." I answered, "Pussy is pussy!"
   C/O Marquis escorted me to my cell, with my hands cuffed. I was angry he was escorting me, So I acted vehemently and

Civil Complaint

Burgos vs C/o Marquis                                    Page 3

cursed him out. C/o Marquis brought me to my cell and locked me inside. Then he opened the trap and asked for my hands to uncuff me. I put my hands out and he started making sly comments about "doritos and candy" I then refused to comply and resisted being cuffed. The whole time he kept saying "Doritos and candy, Really?" And Also, "You're not giving my cuffs back?" Then a nurse came and told him I was 'paneled' and she had to administer medication to [me]. C/o Marquis said OK - Then he called C/o Rivera to help him. C/o Marquis then entered my cell and ordered me to back up and sit on my bed. I told him, "I don't feel safe. I feel scared the way you been talking about my case." C/o Marquis then slammed me hard against the wall and bunk. Then he began to punch my ribs - and then C/o Rivera punched me in the face. In no time, I was being punched and beaten. My hair was yanked hard numerous times. This assault seemed to last 20 minutes.

6) Capt. Angeloupolis, Responsible for inmates in Bravo Unit - as well as officers - has has failed to insure that officers assigned

Civil Complaint

Burgos vs Marquis                                Page 4

to B-Unit and RHU (where mental health inmates infrequently find themselves) has not done nearly enough to insure staff are properly trained. Officers should not be divulging any inmates information let alone assaulting them. I assert, it is partly Capt. Angeloupolis fault that I was assaulted.

8) Ergo, the plaintiff Respectfully seeks 500,000 in punitive damages and 500,000 in compensatory damages.

9) The Plaintiff demands a Trial by Jury.

_Christopher Burgos_
Christopher Burgos
Pro Se

7-25-13
Dated